IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MATTHEW E. POOLE,<br><br>Debtor. | Bankruptcy No. 22-21410-CMB<br><br>Chapter 13 |
| ALLY BANK,<br><br>Movant,<br><br>v.<br><br>MATTHEW E. POOLE AND<br>HEATHER ANNE POOLE, CO-DEBTOR,<br><br>Respondents,<br><br>and<br><br>RONDA J. WINNECOUR,<br><br>Trustee. | Related to Doc. No. 43<br><br>Hearing Date & Time:<br>June 27, 2023, at 1:30 p.m.<br><br>Response Deadline:<br>June 12, 2023 |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR CO-DEBTOR RELIEF [DOC. NO. 43]**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay and for Co-Debtor Relief (the "**Motion**") filed on May 24, 2023, at Doc. No. 43 in the above-captioned case has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 12, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Dated: June 14, 2023

TUCKER ARENSBERG, P.C.

*/s/ Maribeth Thomas*
Maribeth Thomas, Esquire
PA ID No. 208376
1500 One PPG Place
Pittsburgh, PA 15222
(412) 594-3949
mthomas@tuckerlaw.com

*Counsel for Ally Bank*