**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MATTHEW E. POOLE,<br><br>Debtor. | Case No. 22-21410-CMB<br><br>Chapter 13 |
| ALLY BANK,<br><br>Movant,<br><br>v.<br><br>MATTHEW E. POOLE and<br>HEATHER ANNE POOLE, Co-Debtor,<br><br>Respondents,<br><br>and<br><br>RONDA J. WINNECOUR,<br><br>Trustee. | re doc. 43<br><br>HEARING DATE:<br>June 27, 2023, at 1:30 p.m.<br><br>RESPONSE DEADLINE:<br>June 12, 2023<br><br>**ENTERED BY DEFAULT** |

**ORDER**

AND NOW, this 15th day of June, 2023, upon consideration of the Motion for Relief from Automatic Stay and for Co-Debtor Relief filed by Ally Bank, and any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362(a), and the co-debtor stay afforded by 11 U.S.C. § 1301, is hereby modified for purposes of permitting Ally to proceed and continue with an action in vehicle repossession with respect to the a 2014 Buick Enclave Utility 4D Leather AWD 3.6L V6 (VIN 5GAKVBKDXEJ162677) (the "Vehicle") and to levy and sell the Vehicle and to pursue its remedies under state law in connection with the loan documents.

3. ~~The time period specified in Fed. R. Bankr. P. 4001(a)(3) is waived to allow Ally to immediately liquidate the Vehicle.~~

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

BY THE COURT:

Carlota M. Böhm
dmk

CARLOTA M. BÖHM, JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
6/15/23 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 22-21410-CMB
Matthew E. Poole Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Jun 16, 2023 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew E. Poole, 4279 Battle Ridgle Road, Mc Donald, PA 15057-2568 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage bnicholas@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor Matthew E. Poole claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Fayette jhunt@grblaw.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6